IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMUEL PALMER | : | CIVIL ACTION |
| | : | |
| v. | : | No. 09-820 |
| | : | |
| MICHAEL ASTRUE | : | |
| Commissioner of Social Security Administration | : | |

## **ORDER**

AND NOW, this 31st day of March, 2010, after consideration of the pleadings and record and after review of the Report and Recommendation of United States Magistrate Judge David Strawbridge, and Plaintiff's objections thereto, it is hereby ORDERED the Report and Recommendation is APPROVED and ADOPTED, and all of Plaintiff's objections thereto are DENIED.

BY THE COURT:

\s\ Juan R. Sánchez
Juan R. Sánchez, J.